IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANNETTE STACKHOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV421 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DICK'S SPORTING GOODS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Motion to Stay Case Pending Finalization of Settlement Documents (Filing No. 30). Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The parties' Joint Motion to Stay Case Pending Finalization of Settlement Documents (Filing No. 30) is granted.

2. This case, including all scheduled deadlines and pending motions, is hereby stayed. Specifically, the plaintiff's reply deadline for the plaintiff's Motion to Remand to State Court (Filing No. 19) is stayed.

3. If the parties are unable to file a stipulation for dismissal of this action without prejudice **on or before January 31, 2011**, the parties shall: (i) meet and confer to discuss the status of the instant action, including case management deadlines, and (ii) file a status report by **February 7, 2011**, regarding proposed case management deadlines.

DATED this 22nd day of December, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge