IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANNETTE STACKHOUSE, on behalf of herself and all other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC., GALYAN'S TRADING COMPANY, INC., EDWARD STACK, KATHRYN SUTTER, WILLIAM COLOMBO, JAY CROSSON, and LYNN URAM,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 8:10-cv-00421-JFB -TDT<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dannette Stackhouse ("Plaintiff") and Defendants Dick's Sporting Goods, Inc., Galyan's Trading Company, LLC,[1] Edward Stack, Kathryn Sutter, William Colombo, Jay Crosson, and Lynn Uram (collectively, "Defendants") hereby stipulate to the dismissal of this action, without prejudice, each party bearing their own costs and fees incurred in this action.

---

[1] Effective July 30, 2010, Galyan's Trading Company, Inc., was converted to Galyan's Trading Company, LLC.

DOCS/1018525.1

Dated: January 31, 2011

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| s/ Peter J. Glennon | s/ Lindsay K. Lundholm |
| Jon Rehm | Lindsay K. Lundholm |
| Rehm, Bennett, & Moore, P.C., L.L.O. | Baird Holm LLP |
| 3701 Union Drive, Suite 200 | 1500 Woodmen Tower |
| Lincoln, Nebraska 68517 | 1700 Farnam St |
| T: (402) 474-2300 | Omaha, Nebraska 68102-2068 |
| F: (402) 420-1508 | Telephone: (402) 636-8240 |
| jonrehm@rehmlaw.com | Facsimile: (402) 344-0588 |
| | llundholm@bairdholm.com |
| Patrick J. Solomon (*pro hac vice*) | |
| THOMAS & SOLOMON LLP | Matthew W. Lampe, Esq. (*pro hac vice*) |
| 693 East Avenue | JONES DAY |
| Rochester, New York 14607 | 222 East 41st Street |
| T: (585) 272-0540 | New York, New York 10017-6702 |
| psolomon@theemploymentattorneys.com | Telephone: (212) 326-3939 |
| | Facsimile: (212) 755-7306 |
| Peter J. Glennon (*pro hac vice*) | |
| THOMAS & SOLOMON LLP | Matthew W. Ray (*pro hac vice*) |
| 693 East Avenue | JONES DAY |
| Rochester, New York 14607 | 2727 North Harwood Street |
| T: (585) 272-0540 | Dallas, Texas 75201 |
| pglennon@theemploymentattorneys.com | Telephone: (214) 220-3939 |
| | Facsimile: (214) 969-5100 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |