# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANNETTE STACKHOUSE, on behalf of herself and all other employees similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DICK'S SPORTING GOODS, INC., GALYAN'S TRADING COMPANY, INC., EDWARD STACK, KATHRYN SUTTER, WILLIAM COLOMBO, JAY CROSSON, and LYNN URAM,<br><br>    Defendants. | Civil Action No. 8:10-cv-00421-JFB -TDT |

## ORDER OF DISMISSAL

Having reviewed the Stipulation of Dismissal, the Court hereby dismisses this action, without prejudice, each party bearing their own costs and fees incurred in this action.

Signed, this 1st day of February, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge

Prepared and submitted by:

Lindsay K. Lundholm
Baird Holm LLP
1500 Woodmen Tower
1700 Farnam St
Omaha, Nebraska  68102-2068
Telephone:  (402) 636-8240
Facsimile:  (402) 344-0588
llundholm@bairdholm.com